1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VALERIE BROOKS, | Case No. 2:20-cv-01978-JAM-AC |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION dba CHASE BANK; and DOES 1 to 10, inclusive, | **[L.R. 144 (A)]** |
| | Complaint Filed: Oct. 2, 2020 |
| Defendants. | Current Response Date: Dec. 14, 2020 |
| | New Response Date: Jan. 13, 2021 |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendants JPMorgan Chase Bank and National Association dba Chase Bank shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint to January 13, 2021.

**IT IS SO ORDERED**

DATED:  December 11, 2020         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE