WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION d/b/a CHASE BANK; and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No.: 2:20-cv-01978-JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE A JOINT STATUS REPORT**<br><br>**[L.R. 144 (A)]** |

---

ORDER GRANTINT JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE A JOINT STATUS REPORT

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Plaintiff Valerie Brooks and Defendant JPMorgan Chase National Association d/b/a Chase Bank shall have an extension of twenty-one (21) days, to April 16, 2021, in which to respond to Court's Minute Order dated March 5, 2021 (Dkt. 11) and file a Joint Status Report.

**IT IS SO ORDERED**

DATED:  March 25, 2021           /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTINT JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE A JOINT STATUS REPORT