# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION d/b/a CHASE BANK; and DOES 1 to 10, inclusive,<br>    Defendants. | Case No.: 2:20-cv-01978-JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>**[L.R. 144 (A)]** |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Plaintiff Valerie Brooks shall have an extension of twenty-one (21) days, to May 5, 2021, in which to file a Motion to Strike Affirmative Defenses.

**IT IS SO ORDERED**

DATED:  April 15, 2021          /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            UNITED STATES DISTRICT COURT JUDGE

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137